# Richmond

Mutual Life Insurance Company of New York v. Board Motor Truck Company, Corporation.

January 15, 1914.

See *Mutual Life Insurance Co.,* v. *Board, Armstrong & Co., Corporation,* ante, p. 836.

Error to a judgment of the Circuit Court of the city of Alexandria.

*Affirmed.*

*John M. Johnson,* for the plaintiff in error.

*S. G. Brent, Charles E. Plummer, C. E. Nicol,* and *Gardner L. Boothe,* for the defendant in error.

Harrison, J., delivered the opinion of the court.

This is a companion case to that of *Mutual Life Ins. Co. of N. Y.* v. *Board, Armstrong & Company, Corporation,* in which an opinion is handed down at the present term of the court. The facts are identical in both cases and the questions raised the same in each; indeed, the cases were argued together as one case, and for the reasons already given in the companion case mentioned, the judgment in this case must be affirmed.

*Affirmed.*